UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

FEB 1 2 2024

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 05/01 WDNY

_Tracey Watson_

_____
                    Plaintiff,

_____-CV-_____

v

APPLICATION FOR APPOINTMENT OF COUNSEL

_Buffalo & Erie County Public Library_
_New York State Education Department_
                    Defendant(s).

**24 C V 139 - S**

My name is ___Tracey X.   Watson___ and I am the plaintiff in the above action. I hereby apply to the Court for appointment of counsel to represent me in this action. In support of this application, I ask the court to consider the following information:

1.    My case concerns the following issue(s) (briefly summarize your case): _Race Discrimination,_ _Retaliation, Harassment, Protected Activity, Breach of Contract, Hostile_ _Work Environment, Employment Discrimination._

2(a).    I am unable to retain an attorney to represent me because I do not have the funds to do so.

2(b).    **[Fill this in if true]**    I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person was filed on _____

2(c).    **[Fill this in if true]**    By Court Order filed on _____, I was granted leave to proceed as a poor person pursuant to 28 U.S.C. § 1915.

3(a).    I have attempted to find my own attorney but have been unable to do so because _____
_____
_____

3(b).    I have discussed my case with the following attorneys (include attorney's name and telephone number, and attach any correspondence which indicates that an attorney has declined to represent you):_____
_____
_____
_____
_____

4.    I believe that the following circumstances demonstrate why the Court should grant my request for an appointed attorney: _With the above defendants involved, my case is_ _complex, so I ask for an appointed attorney, although I barely_ _paid for the filing fee, I can not afford to pay attorney_ _retainer and fees._

WHEREFORE, plaintiff asks this Court to appoint an attorney to represent plaintiff in this action.

**I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.**

_2/12/2024_
_____
DATE

_Tracy Watson_
_____
SIGNATURE