**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**TRACEY WATSON,**

**Plaintiff,**

**vs.**                                                        **Case: 1:24-cv-00139**

**BUFFALO & ERIE COUNTY PUBLIC LIBRARY,**

**Defendant.**

_____

### MOTION TO WITHDRAW

Comes now E. Peter Pfaff and moves for leave to withdraw as counsel for Plaintiff.  As grounds for and in support an order allowing the undersigned to withdraw, movant avers.

1.  I was appointed by this court on April 15, 2024 as Pro Bono Counsel for the limited purpose of preparing an Amended Complaint, (see Docket #12).

2.  Plaintiff and I communicated via email and voicemail messages.

3.  Plaintiff has sent a letter motion to Magistrate Judge Foscio (Docket #15) indicating that she does not wish me to represent her and asking for appointment of a pro bono attorney who specializes in discrimination matters.

**WHEREFORE**, it is prayed that this honorable court enter an order allowing me to withdraw from representation of Plaintiff Tracey Watson.

Dated: May 10, 2024
At East Aurora, NY

_E Peter Pfaff_
_____
E Peter Pfaff
*Attorney for the Plaintiff*
673 Main St., Suite 5
East Aurora, New York 14052
(716) 652 2260
Email: peter@epeterpfaff.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Withdraw has been furnished by U.S. regular mail this 10 th day of May, 2024 to Tracey Watson, 14460 Falls of Neuse Road, Ste. 149-105, Raleigh, North Carolina 27614.

*Peter Pfaff*

E. Peter Pfaff
*Attorney for the Plaintiff*
673 Main St., Suite 5
East Aurora, New York 14052
(716) 652 2260

Email: *peter@epeterpfaff.com*