**June 6, 2025**

Tracey Watson
14460 Falls of Neuse Road, Ste. 149-105
Raleigh, NC 27614
Case Numbers: 1:24-cv-00139-JLS-LGF and 1:23-cv-00356-JLS-LGF
Email: twnywdc@gmail.com

Honorable Leslie G. Foschio
United States District Magistrate Judge
United States District Court for the Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Honorable Judge Foschio,

I am the Pro Se plaintiff in the above-referenced cases. On January 3, 2025, the Court granted me permission to electronically file and receive documents in Case No. 1:24-cv-00139-JLS-LGF. I mistakenly believed that this authorization extended to Case No. 1:23-cv-00356-JLS-LGF as well.

As a result, on June 5, 2025, I mistakenly filed my Response in Opposition to Defendants' Motion to Dismiss under the incorrect case number (1:24-cv-00139-JLS-LGF) and with an incorrect caption. I respectfully request the Court's consideration of the following:

1. Strike this letter and the improperly filed Response in Opposition to Defendants' Motion to Dismiss from Case No. 1:24-cv-00139-JLS-LGF, as it was filed under the wrong case number.
2. Grant permission to electronically file and receive documents in Case No. 1:23-cv-00356-JLS-LGF, as I have already completed the CM/ECF e-filing requirements (See Docket #29).
3. Grant leave to correct the caption and case number and refile my Response in Opposition to Defendants' Motion to Dismiss in the proper case (1:23-cv-00356-JLS-LGF), as it was due on June 5, 2025.

I sincerely appreciate the Court's consideration of this request and apologize for any inconvenience caused by this filing error.

Respectfully submitted this 6th day of June 2025,

/s/ Tracey Watson
14460 Falls of Neuse Rd.
Suite 149-105
Raleigh, NC 27614
twnywdc@gmail.com
(919) 627-0879

CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon the following counsel of record a copy of the foregoing Plaintiff Letter by depositing it in the United States Mail in an envelope with sufficient postage attached to ensure delivery and properly addressed as follows:

ROBERT T. REILLY
*Attorney for Defendants*
270 Essjay Road
Williamsville, NY 14221
Direct: (716) 304-0452

Jenna S. Burke
NYSUT
Office of General Counsel
270 Essjay Rd
Williamsville, NY 14221
716-304-0452
Email: jenna.burke@nysut.org

Jennifer Nicole Coffey
New York State United Teachers
800 Troy-Schenectady Road
Latham, NY 12110-2455
518-213-6000
Fax: 518-213-6488
Email: jennifer.coffey@nysut.org

Respectfully submitted this 5th day of June 2025,

/s/ Tracey Watson,
Pro Se
14460 Falls of Neuse Rd.
Suite 149-105
Raleigh, NC 27614
twnywdc@gmail.com
(919) 627-0879

2