UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
(BUFFALO)

---

TRACEY WATSON,

                Plaintiff,

Case: 1:24-cv-00139 -JLS-LGF

**PLAINTIFF MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE COURTS REPORT AND RECOMMENDATION**

BUFFALO & ERIE COUNTY PUBLIC
LIBRARY and BOARD OF TRUSTEES
OF THE BUFFALO AND ERIE COUNTY
PUBLICLIBRARY,

                Defendants.

MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE COURTS REPORT AND RECOMMENDATION

COMES NOW, Plaintiff Tracey Watson, appearing pro se, respectfully moves this Court for an extension of time to file objections to the Report and Recommendation issued by the Honorable Leslie G. Foschio on November 19, 2025 (Dkt. No. 85). In support of this motion, Plaintiff states as follows:

1. On November 19, 2025, Magistrate Judge Foschio issued a 76-page Report and Recommendation addressing Plaintiff's Motion to Amend the Complaint and various pending discovery motions.

2. The court ordered objections to the Report and Recommendation are due within 14 days of issuance, setting the current deadline at December 3, 2025.

3. Plaintiff has been ill and unable to complete objections within the original timeframe.

4. The intervening Thanksgiving holiday further shortened the available time to prepare objections.

5. Defendants counsel does not oppose Plaintiff's request for an extension.

6. Plaintiff respectfully requests an additional 14 days to file objections, extending the deadline through and including December 17, 2025.

2

RELIEF SOUGHT

Plaintiff respectfully requests that this Court issue an Order extending the deadline for Plaintiff filing objections to the Report and Recommendation from December 3, 2025, to December 17, 2025.

Respectfully submitted this 8th day of December 2025,

/s/ Tracey Watson
14460 Falls of Neuse Rd.
Suite 149-105
Raleigh, NC 27614
twnywdc@gmail.com
(919) 627-0879

CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon the following counsel of record a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE COURTS REPORT AND RECOMMENDATION by email, by the courts electronic filing system, and by depositing it in the Unted States Mail in an envelope with sufficient postage attached to ensure delivery and properly addressed as follows:

Michael E. Hickey
Alison Roach
Bond, Schoeneck & King, PLLC
Avant Building
200 Delaware Avenue
Suite 900
Buffalo, NY 14202
716-416-7000
Fax: 716-416-7001
Email: mhickey@bsk.com

Respectfully submitted this 8th day of December 2025,

/s/ Tracey Watson
14460 Falls of Neuse Rd.
Suite 149-105
Raleigh, NC 27614
twnywdc@gmail.com
(919) 627-0879

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
(BUFFALO)

_____

TRACEY WATSON,                                    Case: 1:24-cv-00139 -JLS-LGF

               Plaintiff,

v.                                                              **ORDER**

BUFFALO & ERIE COUNTY PUBLIC
LIBRARY and BOARD OF TRUSTEES
OF THE BUFFALO AND ERIE COUNTY
PUBLICLIBRARY,

               Defendants.

PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiff Tracey Watson's Motion for Extension of Time to File Objections to the Courts Report and Recommendation issued by Magistrate Judge Leslie G. Foschio on November 19, 2025 (Dkt. No. 85), and for good cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Extension of Time is GRANTED.

2. The deadline for filing objections to the Report and Recommendation is extended from December 3, 2025, to December 17, 2025.

SO ORDERED.

Dated: _____, 2025

Buffalo, New York

_____
Hon. Leslie G. Foschio
United States District Judge