

Y
Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

**MICHAEL E. HICKEY, ESQ.**
Telephone: 716-416-7024
Email: mhickey@bsk.com

May 11, 2026

Via Email: sandra_wilson@nywd.uscourts.gov

Hon. Leslie G. Foschio
United States Magistrate Judge
United States District Court
Western District  New York
2 Niagara Square
Buffalo, New York 14202

> **Re: Tracey Watson v. Buffalo and Erie County Public Library,**
> **Board of Trustees of the Buffalo and Erie County Public Library**
> <u>**Civil Action No. 1:24-cv-00139**</u>

Dear Judge Foschio:

Based on your November 19, 2025 Report and Recommendation (Dkt. No. 85) regarding various motions filed by Plaintiff, it is Defendants' understanding that a new Scheduling Order will be issued following Judge Sinatra's final Decision and Order on Plaintiff's motions. Accordingly, Defendants respectfully request that all discovery deadlines set forth in the current Scheduling Order (Dkt. No. 34) be held in abeyance pending issuance of that final Decision and Order and the anticipated new Scheduling Order.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Michael E. Hickey

cc:     Tracey Watson, *Pro se (via Regular Mail)*
        14460 Falls of Neuse Road Ste. 149-105
        Raleigh, North Carolina 27614

Chief Administrative Law Judge
New York State Division of Human Rights

March 31, 2026
Page 2


MEH/AR/mmh

23508528.v1-5/11/26