UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
SEP 0 9 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

TRACEY WATSON,

Plaintiff,

v.

24-CV-139 (JLS) (LGF)

BUFFALO & ERIE COUNTY PUBLIC LIBRARY, and BOARD OF TRUSTEES OF THE BUFFALO AND ERIE COUNTY PUBLIC LIBRARY,

Defendants.

**DECISION AND ORDER**

*Pro se* Plaintiff Tracey Watson commenced this action on February 12, 2024, asserting race-based employment discrimination claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et al.* The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 11.

Plaintiff filed several motions and on November 19, 2025, Judge Foschio issued a Report, Recommendation, and Order ("R&R"), recommending that this Court deny Plaintiff's supplemental motion to amend (Dkt. 64) in part. Dkt. 85. Additionally, Judge Foschio ordered the following:

1. Plaintiff's motion to extend deadlines (Dkt. 53) is granted;

2. Plaintiff's motion to admit evidence (Dkt. 54) is dismissed as moot in part and denied in part without prejudice;
3. Plaintiff's motion to compel (Dkt. 62) is dismissed as moot;
4. Plaintiff's motion to modify scheduling order (Dkt. 63) is granted in part and dismissed as moot in part;
5. Plaintiff's supplemental motion to amend (Dkt. 64) is granted in part;
6. Plaintiff's motion for *in forma pauperis* status (Dkt. 69, 70) is denied;
7. Plaintiff's motion to compel initial disclosures (Dkt. 72) is denied;
8. Plaintiff's motion to correct the caption (Dkt. 73) is dismissed as moot;
9. Plaintiff's motion to reopen initial disclosures (Dkt. 75) is dismissed as moot; and
10. Plaintiff's motion for a protective order (Dkt. 79) is denied.

Plaintiff objected to the R&R. Dkt. 90. She argues, among other things, that the R&R: (1) "improperly weighed evidence rather than applying the liberal pleading standard;" (2) improperly denied Plaintiff leave to add Dougherty and Maines as defendants; (3) improperly denied Plaintiff's motion to proceed *in forma pauperis*; and (4) otherwise improperly dismissed Plaintiff's various pretrial motions listed above as moot. Dkt. 90.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ.

P. 72(b)(3). And it must modify or set aside any part of a magistrate judge's order that is clearly erroneous or is contrary to law. *See* Fed. R. Civ. P. 72(a). An order "is clearly erroneous or contrary to law when it fails to apply or misapplies relevant statutes, case law or rules of procedure." *Tracy v. NVR, Inc.*, 791 F. Supp. 2d 340, 342 (W.D.N.Y. 2011) (internal quotation marks and citation omitted). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge Foschio's recommendation and affirms his orders—except as to Plaintiff's motion to proceed *in forma pauperis* (Dkt. 69, 70).[1] As a result, Plaintiff shall file an updated motion to proceed *in forma pauperis* on a schedule set by Judge Foschio.[2] The balance of the R&R is affirmed.

For the reasons above and in the R&R, Plaintiff's [64] supplemental motion to amend is DENIED in part consistent with Judge Foschio's R&R. Dkt. 85 at 65-66.

---

[1] While Plaintiff has paid the filing fee in this action, "'*in forma pauperis* status affords [the] plaintiff other benefits apart from deferring full payment of the filing fee[,]' such as service of process by the U.S. Marshals." *Fabrizio v. Annucci*, No. 920CV0011 GTSML, 2020 WL 13801078, at *1 (N.D.N.Y. Mar. 9, 2020) (quoting *Williams v. Lane*, No. 9:13-CV-0965 GLS/RFT, 2014 WL 2559197, at *2 (N.D.N.Y. June 6, 2014)).

[2] Plaintiff's most recent motion to proceed *in forma pauperis* (Dkt. 69, 70) was filed in August 2025 and may be outdated. The Court will consider any updated motion and make a determination as to whether Plaintiff qualifies under 28 U.S.C. § 1915.

The Court refers the case back to Judge Foschio for further proceedings consistent with the referral order at Dkt. 11.

SO ORDERED.

Dated: September 9, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE